1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE, | No. 2:14-cv-01826 JAM AC P |
| Petitioner, | |
| v. | RELATED CASE ORDER |
| PELICAN BAY STATE PRISON, | |
| Respondent. | |
| _____ | |
| MARCELLUS ALEXANDER GREENE, | No. 2:14-cv-02959 WBS KJN P |
| Petitioner, | |
| v. | |
| CA REPUBLIC SACRAMENTO, | |
| Respondent. | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to

1

1  the same judge is likely to effect a substantial saving of judicial effort and is also likely to be
2  convenient for the parties.
3      The parties should be aware that relating the cases under Local Rule 123 merely has the
4  result that the actions are assigned to the same judge; no consolidation of the actions is effected.
5  Under the regular practice of this court, related cases are generally assigned to the judge and
6  magistrate judge to whom the first filed action was assigned.
7      Therefore, IT IS ORDERED that the action denominated as 2:14-cv-02959 WBS KJN P is
8  reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further
9  proceedings, and any dates currently set in the reassigned case only are hereby VACATED.
10 Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:14-cv-
11 02959 JAM AC P.
12     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
13 the assignment of civil cases to compensate for this reassignment.
14     IT IS SO ORDERED.
15 DATED: May 14, 2015
16                          /s/ John A. Mendez_____
17                          UNITED STATES DISTRICT COURT JUDGE
18
19
20
21
22
23
24
25
26
27
28